**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
09-80918-CIV-MARRA/JOHNSON**

| | | |
|---|---|---|
| **MILLER'S ALE HOUSE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| **BOYNTON CAROLINA ALE HOUSE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Boynton Carolina Ale House, LLC. moves the Court pursuant to Fed. R. Civ. P. 56(a) for summary judgment in favor of Defendant on all of Plaintiff's claims. In support of this motion, Defendant submits affidavit testimony, the expert report of Dr. Butters, and a memorandum of law.

Respectfully submitted, this the 14th day of May, 2010.

**Attorneys for Defendant Boynton Carolina Ale House LLC**

By: /s/Anthony J. Biller
N.C. State Bar No.: 24,117
E-mail: abiller@coatsandbennett.com
COATS & BENNETT, PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone: (919) 854-1844
Facsimile: (919) 854-2084
Of Counsel

By: /s/ Jeffrey L. Hochman
JEFFREY L. HOCHMAN
Florida Bar No.: 902098
E-mail: Hochman@jamgb.com

JOHNSON, ANSELMO, MURDOCH, BURKE,
  PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., 10th Floor
Fort Lauderdale, FL 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 14th day of May 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

       */s/ Jeffrey L. Hochman*
     JEFFREY L. HOCHMAN
     Florida Bar No.: 902098
     HUDSON C. GILL
     Florida Bar No. 15274
     JOHNSON, ANSELMO, MURDOCH,
     BURKE, PIPER & HOCHMAN, P.A.
     2455 E. Sunrise Blvd., 10th Floor
     Fort Lauderdale, FL 33304
     Telephone: (954) 463-0100
     Facsimile:  (954) 463-2444
     Attorneys for BOYNTON CAROLINA ALE HOUSE, LLC

## SERVICE LIST

**Miller's Ale House, Inc., v. Boynton Carolina Ale House, LLC**
**Case No.:  09-80918-CIV-MARRA-J**
**United States District Court, Southern District of Florida**

**PLANTIFF'S ATTNY:**
Mr. Wesley A. Lauer
E-Mail: wesley.lauer@akerman.com
Akerman Senterfitt
222 Lakeview Avenue
4th Floor Esperante Building
West Palm Beach, FL 33401-6147
Telephone: (561) 671-3664
Facsimile:  (561) 659-6313

**Co-Counsel for Plaintiffs:**
Mr. J. Rodman Steele, Jr.
E-Mail:  rodman.steele@novakdruce.com
Mr. Jerold I. Schneider
Email:  jerod.schneider@novakdruce.com
Novek Druce & Quigg, LLP
City Place Tower
525 Okeechobee, 15th Floor
West Palm Beach, FL 33401
Telephone:  561-838-5229
Facsimile:  561-838-5578

**DEFENDANT'S ATTY:**
Anthony J. Biller, Esq.
N.C. State Bar No.: 24,117
E-mail:  abiller@coatsandbennett.com
COATS & BENNETT, PLLC
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone: (919) 854-1844
Facsimile: (919) 854-2084

**Co-Counsel for Defendant:**
Jeffrey L. Hochman, Esq.
E-mail:  Hochman@jamgb.com
Hudson C. Gill, Esq.
E-mail:  hgill@jamgb.com
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., 10th Floor
Fort Lauderdale, FL 33304
Telephone: (954) 463-0100
Facsimile:  (954) 463-2444