# EXHIBIT A

# Trademark Research Report

THOMSON COMPUMARK
You can't be more certain.™

|  |  |
|---|---|
| **Mark Searched:** | ALE HOUSE |
| **Client Name:** | COATS & BENNETT |
| **Attention:** | **MICHELE SLEEPER** |
| **Type Of Search:** | U.S. Full Search |
| **Your File:** | **4328−015** |
| **Our File:** | 165258511 |
| Date Received: | January 26, 2010 |

**Goods/Services:**

RESTAURANT SERVICES

We have taken all reasonable steps to ensure the completeness and accuracy of this report; however, for various reasons, including but not limited to the highly subjective nature of trademark, copyright and title searching and the possibility of incomplete and inaccurate data provided by the many vendors, publishers and other data sources used in compiling search reports, we cannot warrant that this report is complete or error free or otherwise guarantee results.  AS A RESULT, WE DISCLAIM ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

This search is valid only for the mark, goods, property or title noted above.  If the mark, goods, property or title that were the subject of this search change even slightly, a new search should be performed.  This report in no way constitutes a legal opinion.  If applicable, the ranking of cited references into groups based on their relative relevance to the property searched is for the convenience of our clients in reviewing the search report and is not intended to convey an opinion regarding the legal significance of any cited reference.  Acceptance and reliance upon this report constitutes an acceptance of its terms, conditions and limitations.  Any liability arising out of the preparation of this report is limited to a refund of the search fee paid.

Thomson CompuMark, 500 Victory Road, North Quincy, MA 02171−3145
Telephone (800) 692−8833  •  Fax (617) 786−8273  (800) 543−1983


THOMSON REUTERS

## DAVIE ALE HOUSE

**DAVIE ALE HOUSE**

**State:** FLORIDA

**Status:** REGISTERED
**Date Registered:** JUN 10, 2009
**Registration No.:** T09000000619

**Goods/Services:** International Class: 42, 43
RESTAURANT SERVICES
**First Use Anywhere:**
FEB 28, 1996

**Registrant:**

MILLER'S ALE HOUSE, INC.
DELAWARE CORPORATION
612 NORTH ORANGE AVENUE, SUITE C
JUPITER, FLORIDA 33458

**We Have Located Other Marks With This Owner**

| Mark | Source | Page |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

**Disclaims:** ALE HOUSE

# MILLER'S ALE HOUSE

**MILLER'S ALE HOUSE**

**State:** FLORIDA

**Status:** REGISTERED
**Date Registered:** OCT 01, 2002
**Registration No.:** T20021136

**Goods/Services:** **International Class:** 43
RESTAURANT
**State Class:** 42

| First Use In State: | First Use Anywhere: |
|---|---|
| MAY 01, 2002 | MAY 01, 2002 |

**Registrant:**

ALE HOUSE MANAGEMENT, INC.
FLORIDA CORPORATION
612 NORTH ORANGE AVENUE, SUITE C−6
JUPITER, FLORIDA 33458
TEL: 561−743−2299

**Assignment Date:** NOV 09, 2004

| Assignee | Assignor |
|---|---|
| MILLER'S ALE HOUSE, INC. | ALE HOUSE MANAGEMENT, INC. |
| DELAWARE CORPORATION | FLORIDA CORPORATION |
| 612 NORTH ORANGE AVENUE, SUITE C−6 | 612 NORTH ORANGE AVENUE, SUITE C−6 |
| JUPITER, JUPITER FLORIDA 33458 | JUPITER, FLORIDA 33458 |

**Disclaims:** ALE HOUSE

**Manner Of Display:**
USED ON SIGNS, TABLE TENTS, FLYERS, ADVERTISEMENTS, BROCHURES, LABELS, ETC.

**Filing Correspondent:**
ROPES & GRAY LLP
ONE INTERNATIONAL PLACE
BOSTON, MASSACHUSETTS 02110−2624
TEL: 617−951−7000

## DORAL ALE HOUSE

**DORAL ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000618 |
| **Goods/Services:** | International Class: 42, 43 |
| | RESTAURANT SERVICES |
| | **First Use Anywhere:** |
| | AUG 31, 1999 |
| **Registrant:** | |
| | MILLER'S ALE HOUSE, INC. |
| | DELAWARE CORPORATION |
| | 612 NORTH ORANGE AVENUE, SUITE C |
| | JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| Mark | Source | Page |
|---|---|---|
| [ALE HOUSE REUBEN](#) | USPTO | Page 158 |
| [ALE HOUSE MINI BURGERS](#) | USPTO | Page 160 |
| [DAVIE ALE HOUSE](#) | State | Page 233 |
| [GARDENS ALE HOUSE](#) | State | Page 240 |
| [HOLLYWOOD ALE HOUSE](#) | State | Page 241 |
| [JENSEN ALE HOUSE](#) | State | Page 242 |
| [KENDALL ALE HOUSE](#) | State | Page 244 |
| [PINES ALE HOUSE](#) | State | Page 245 |
| [BOCA EAST ALE HOUSE](#) | State | Page 246 |
| [BOCA WEST ALE HOUSE](#) | State | Page 247 |
| [CORAL SPRINGS ALE HOUSE](#) | State | Page 248 |

| | |
|---|---|
| **Disclaims:** | ALE HOUSE |

## GARDENS ALE HOUSE

**GARDENS ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000616 |
| **Goods/Services:** | International Class: 42, 43<br>RESTAURANT SERVICES<br>**First Use Anywhere:**<br>NOV 30, 1998 |
| **Registrant:** | MILLER'S ALE HOUSE, INC.<br>DELAWARE CORPORATION<br>612 NORTH ORANGE AVENUE, SUITE C<br>JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

| | |
|---|---|
| **Disclaims:** | ALE HOUSE |

# HOLLYWOOD ALE HOUSE

**HOLLYWOOD ALE HOUSE**

**State:** FLORIDA

**Status:** REGISTERED
**Date Registered:** JUN 10, 2009
**Registration No.:** T09000000612

**Goods/Services:** International Class: 42, 43
RESTAURANT SERVICES
**First Use Anywhere:**
JUN 30, 1997

**Registrant:**

MILLER'S ALE HOUSE, INC.
DELAWARE CORPORATION
612 NORTH ORANGE AVENUE, SUITE C
JUPITER, FLORIDA 33458

**We Have Located Other Marks With This Owner**

| Mark | Source | Page |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

**Disclaims:** ALE HOUSE

# JENSEN ALE HOUSE

**JENSEN ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000611 |
| **Goods/Services:** | International Class: 42, 43<br>RESTAURANT SERVICES<br>**First Use Anywhere:**<br>FEB 25, 1990 |
| **Registrant:** | MILLER'S ALE HOUSE, INC.<br>DELAWARE CORPORATION<br>612 NORTH ORANGE AVENUE, SUITE C<br>JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

| | |
|---|---|
| **Disclaims:** | ALE HOUSE |

# KENDALL ALE HOUSE

**KENDALL ALE HOUSE**

**State:** FLORIDA

**Status:** REGISTERED
**Date Registered:** JUN 10, 2009
**Registration No.:** T09000000610

**Goods/Services:** International Class: 42, 43
RESTAURANT SERVICES
**First Use Anywhere:**
APR 30, 2002

**Registrant:**

MILLER'S ALE HOUSE, INC.
DELAWARE CORPORATION
612 NORTH ORANGE AVENUE, SUITE C
JUPITER, FLORIDA 33458

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

**Disclaims:** ALE HOUSE

## PINES ALE HOUSE

**PINES ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000608 |
| **Goods/Services:** | International Class:  42, 43<br>RESTAURANT SERVICES<br>**First Use Anywhere:**<br>JAN 31, 1996 |
| **Registrant:** | MILLER'S ALE HOUSE, INC.<br>DELAWARE CORPORATION<br>612 NORTH ORANGE AVENUE, SUITE C<br>JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

| | |
|---|---|
| **Disclaims:** | ALE HOUSE |

## BOCA EAST ALE HOUSE

**BOCA EAST ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000622 |
| **Goods/Services:** | International Class: 42, 43<br>RESTAURANT SERVICES<br>**First Use Anywhere:**<br>JAN 20, 2007 |
| **Registrant:** | MILLER'S ALE HOUSE, INC.<br>DELAWARE CORPORATION<br>612 NORTH ORANGE AVENUE, SUITE C<br>JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA WEST ALE HOUSE | State | Page 247 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

| | |
|---|---|
| **Disclaims:** | ALE HOUSE |

ALE HOUSE

G4−68
State

## BOCA WEST ALE HOUSE

**BOCA WEST ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000621 |
| **Goods/Services:** | International Class: 42, 43 |
| | RESTAURANT SERVICES |
| | **First Use Anywhere:** |
| | MAY 31, 1994 |
| **Registrant:** | |
| | MILLER'S ALE HOUSE, INC. |
| | DELAWARE CORPORATION |
| | 612 NORTH ORANGE AVENUE, SUITE C |
| | JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| CORAL SPRINGS ALE HOUSE | State | Page 248 |

| | |
|---|---|
| **Disclaims:** | ALE HOUSE |

ALE HOUSE

G4−69
State

**CORAL SPRINGS ALE HOUSE**

**CORAL SPRINGS ALE HOUSE**

| | |
|---|---|
| **State:** | FLORIDA |
| **Status:** | REGISTERED |
| **Date Registered:** | JUN 10, 2009 |
| **Registration No.:** | T09000000620 |
| **Goods/Services:** | International Class: 42, 43<br>RESTAURANT SERVICES<br>**First Use Anywhere:**<br>JUN 13, 2003 |
| **Registrant:** | MILLER'S ALE HOUSE, INC.<br>DELAWARE CORPORATION<br>612 NORTH ORANGE AVENUE, SUITE C<br>JUPITER, FLORIDA 33458 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ALE HOUSE REUBEN | USPTO | Page 158 |
| ALE HOUSE MINI BURGERS | USPTO | Page 160 |
| DAVIE ALE HOUSE | State | Page 233 |
| DORAL ALE HOUSE | State | Page 239 |
| GARDENS ALE HOUSE | State | Page 240 |
| HOLLYWOOD ALE HOUSE | State | Page 241 |
| JENSEN ALE HOUSE | State | Page 242 |
| KENDALL ALE HOUSE | State | Page 244 |
| PINES ALE HOUSE | State | Page 245 |
| BOCA EAST ALE HOUSE | State | Page 246 |
| BOCA WEST ALE HOUSE | State | Page 247 |

**Disclaims:** ALE HOUSE